# Court of Appeals
# of the State of Georgia

ATLANTA,   August 22, 2014

*The Court of Appeals hereby passes the following order:*

## A14A2240.  JENNIFER SIEWERT v. J. CRAIG NELSON et al.

This case began as a dispossessory proceeding in magistrate court.  After an adverse ruling, defendant Jennifer Siewert appealed the magistrate court's decision to the superior court.  The superior court entered judgment and a writ of possession in favor of J. Craig Nelson and others, and Siewert has appealed that order directly to this Court.

Because the superior court's order disposes of a de novo appeal from a magistrate court decision, Siewert was required to follow the discretionary appeal procedures.  See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  Her failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/22/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*